# Employee Earnings

Aug 19 2019 9:45 AM

Prepared By: rcolcher

Status: All | Department Range: All | Check Date Range: 02/01/2019 to 07/31/2019 | Record Number: 586 | Wage Pay Type: All | Pay Frequency: All

| Co # | Company Name | Reg | H | R | Pay Period End Date | Check Date | End Type | Hire Date | 5/21/2018 |
|---|---|---|---|---|---|---|---|---|---|
| 14237 | ROY LOMAS CARPET CONTRACTOR INC | OT1 OT2 | H | M | | | | Term Date | |
| | | | 1.500 | | | | | LOA Date | |

## Company 14237 ROY LOMAS CARPET CONTRACTOR INC

Rcd # 586 REYNOLDS, BRETT J
3005 DISSTON STREET
PHILADELPHIA PA 19149

| | Reg | | | 27.000 | Status | | Active | Soc Sec No | XXX-XX-4315 | Hire Date | 5/21/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | OT1 | | | 1.500 | Department | | 2 | Std Wrk Wk | 40.00 | Term Date | |
| | OT2 | | M | | Position | | | Birth Date | 7/07/1979 | LOA Date | |

| Check Date | *Hours* | | | *Earnings* | | | Fed W/H | SUI | LST | MI-PRE | MD-PRE | C4-PRE | C5-PRE | MI-AFT | MD-AFT | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay End Date | Reg | Sick | Vac | Reg | Sick | Vac | FICA | C4-AFT | C5-AFT | DOMREL | TXLEVY | GARN! | BANKNG | ODED | WAGATT | Tot Ded |
| Pay # | OT1 | Vac | Hol | OT1 | Vac | Hol | State Tx | C5 AFT | LEVY | WAGATT | FR BEN | ATTACH | 401K% | 401KLN | | Net Pay |
| | OT2 | Hol | | OT2 | Hol | Tips | City Tax | | | | | | | | | Check # |
| | | | | Other | | | | | | | | | | | | |
| 2/5/2019 | 95.75 | 0.00 | 0.00 | 2,393.75 | 0.00 | 0.00 | 268.77 | 1.44 | 2.16 | 54.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,393.75 |
| 1/31/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 178.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.31 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,723.44 |
| | | | | 0.00 | | | 92.90 | | | | | | | | | 11565 |
| 2/20/2019 | 88.00 | 0.00 | 0.00 | 2,200.00 | 0.00 | 0.00 | 308.22 | 1.80 | 2.16 | 54.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,003.00 |
| 2/15/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 799.52 |
| 4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,203.48 |
| | | | | 803.00 | | | 116.54 | | | | | | | | | 11597 |
| 3/5/2019 | 72.00 | 0.00 | 0.00 | 1,800.00 | 0.00 | 0.00 | 161.39 | 1.08 | 2.16 | 54.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 |
| 2/28/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 133.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 475.98 |
| 5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,324.02 |
| | | | | 0.00 | | | 69.86 | | | | | | | | | 11642 |
| 3/20/2019 | 88.00 | 0.00 | 0.00 | 2,200.00 | 0.00 | 0.00 | 232.33 | 1.34 | 2.16 | 54.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,228.13 |
| 3/15/2019 | 0.75 | 0.00 | 0.00 | 28.13 | 0.00 | 0.00 | 166.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 609.68 |
| 6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 66.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,618.45 |
| | | | | 0.00 | | | 86.47 | | | | | | | | | 11685 |
| 3/31/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3/31/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 0.00 | | | 0.00 | | | | | | | | | |
| 4/3/2019 | 48.00 | 32.00 | 0.00 | 1,200.00 | 800.00 | 0.00 | 185.39 | 1.20 | 2.16 | 54.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 3/31/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 529.30 |
| 7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,470.70 |
| | | | | 0.00 | | | 77.62 | | | | | | | | | 11729 |

| Date | | | Regular | OT1 | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/2019 | 85.75 | 0.00 | 2,143.75 | 0.00 | 213.77 | 1.29 | 2.16 | 54.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,143.75 |
| 4/15/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 159.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 578.76 |
| 8 | 0.00 | 0.00 | 0.00 | 0.00 | 64.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,564.99 |
| | | | | | 83.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11773 |
| 5/3/2019 | 88.00 | 0.00 | 2,200.00 | 0.00 | 271.52 | 1.44 | 2.16 | 54.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,406.25 |
| 4/30/2019 | 5.50 | 0.00 | 206.25 | 0.00 | 179.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 674.98 |
| 9 | 0.00 | 0.00 | 0.00 | 0.00 | 72.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,731.27 |
| | | | | | 93.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118824 |
| 5/20/2019 | 76.50 | 8.00 | 1,912.50 | 200.00 | 207.22 | 1.27 | 2.16 | 52.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,112.50 |
| 5/15/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 157.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 566.32 |
| 10 | 0.00 | 0.00 | 0.00 | 0.00 | 63.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,546.18 |
| | | | | | 81.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11869 |
| 6/5/2019 | 85.25 | 0.00 | 2,131.25 | 0.00 | 255.34 | 1.40 | 2.16 | 52.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,331.25 |
| 5/31/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 174.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 646.52 |
| 11 | 0.00 | 8.00 | 0.00 | 200.00 | 69.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,684.73 |
| | | | | | 90.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11915 |
| 6/19/2019 | 80.00 | 0.00 | 2,000.00 | 0.00 | 215.47 | 1.29 | 2.16 | 52.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,150.00 |
| 6/15/2019 | 4.00 | 0.00 | 150.00 | 0.00 | 160.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 580.07 |
| 12 | 0.00 | 0.00 | 0.00 | 0.00 | 64.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,569.48 |
| | | | | | 83.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11902 |
| 7/3/2019 | 80.00 | 0.00 | 2,000.00 | 0.00 | 185.57 | 1.20 | 2.16 | 52.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 6/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 148.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 527.68 |
| 13 | 0.00 | 0.00 | 0.00 | 0.00 | 59.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,472.32 |
| | | | | | 77.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12010 |
| 7/3/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 6/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 38.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 73.66 |
| 13 | 0.00 | 0.00 | 0.00 | 0.00 | 15.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.34 |
| | | | | 500.00 | 19.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12011 |
| 7/18/2019 | 62.50 | 0.00 | 1,687.50 | 0.00 | 256.28 | 1.40 | 2.16 | 52.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,335.50 |
| 7/15/2019 | 0.00 | 16.00 | 0.00 | 432.00 | 174.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 647.85 |
| 14 | 0.00 | 8.00 | 0.00 | 216.00 | 70.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,687.65 |
| | | | | | 90.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12065 |
| Employee Total | 949.75 | 40.00 | 23,868.75 | 1,000.0 | 2,761.27 | 16.45 | 25.92 | 645.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,404.13 |
| | 10.25 | 16.00 | 384.38 | 432.00 | 2,047.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,380.29 |
| | 0.00 | 16.00 | 0.00 | 416.00 | 821.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,023.84 |
| | | | | | 1,063.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 153637 |

**GRAND TOTALS:**

| | Hours | Earnings | | | Taxes |
|---|---|---|---|---|---|
| Regular | 949.75 | 23,868.75 | | Fed | 2,761.27 |
| OT1 | 10.25 | 384.38 | | FICA | 2,047.08 |
| OT2 | 0.00 | 0.00 | | State | 821.50 |
| Sick | 40.00 | 1,000.00 | | City | 1,063.05 |
| Vacation | 16.00 | 432.00 | | | |
| Holiday | 16.00 | 416.00 | | Total Deductions | 7,380.29 |
| Other | | 1,303.00 | | | |
| Tips | | 0.00 | | | |
| Gross | | 27,404.13 | | | |
| Net Pay | | 20,023.84 | | | |