### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: BRETT REYNOLDS** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **CASE NO. 19-14922-mdc** |

### ORDER

Upon review of the Stipulation dated October 30, 2019, it is **ORDERED** as follows:

1. The Stipulation is approved and the terms of the Stipulation are incorporated into this Order;

2. Relief from the automatic stay of section 362 of the Code is granted to Community Bank, N.A., under this Bankruptcy Filing by Debtor, Brett Reynolds, so as to permit it to hereafter proceed, under applicable non-bankruptcy law, to pursue available Pennsylvania in rem state court remedies against the 2008 Suzuki GSXR600 Motorcycle VIN #JS1GN7EA482109291 (hereinafter the **"Vehicle"**) including without limitation, replevin, repossession, and sale of the Vehicle; and

3. Community Bank, N.A, is authorized to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law to recover the Vehicle; and

4. Rule 4001(a)(3) is waived and Community Bank, N.A., may immediately enforce and implement this order granting relief from the automatic stay imposed by 11 U.S.C. §

362 with respect to the Vehicle.

BY THE COURT:

November 12, 2019

_Magdeline D. Coleman_

Magdeline D. Coleman
Chief Judge

cc:

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Robert P. Sheils, III, Esq.
108 North Abington Road
Clarks Summit, PA 18411

Raymond M. Kempinski, Esquire
Kempinski Law
3120 W. Penn Street
Philadelphia, PA 19105

Brett Reynolds
3005 Disston Street
Philadelphia, PA 19149

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107