United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brett Reynolds  
      Debtor

Case No. 19-14922-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Nov 12, 2019  
                       Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
```
db             +Brett Reynolds,    3005 Disston Street,    Philadelphia, PA 19149-1902
cr             +Community Bank, N.A.,    PO Box 509,    Canton, NY 13617-0509
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: blegal@phfa.org Nov 13 2019 03:43:49      Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, Pa 17101-1406
                                                                                                TOTAL: 1
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
```
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Brett  Reynolds raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              ROBERT P. SHEILS, III    on behalf of Creditor    Community Bank, N.A. rsheilsiii@sheilslaw.com,
               knichols@sheilslaw.com;jgriffiths@sheilslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: BRETT REYNOLDS** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **CASE NO. 19-14922-mdc** |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

Upon review of the Stipulation dated October 30, 2019, it is **ORDERED** as follows:

    1.    The Stipulation is approved and the terms of the Stipulation are incorporated into this Order;

    2.    Relief from the automatic stay of section 362 of the Code is granted to Community Bank, N.A., under this Bankruptcy Filing by Debtor, Brett Reynolds, so as to permit it to hereafter proceed, under applicable non-bankruptcy law, to pursue available Pennsylvania in rem state court remedies against the 2008 Suzuki GSXR600 Motorcycle VIN #JS1GN7EA482109291 (hereinafter the **"Vehicle"**) including without limitation, replevin, repossession, and sale of the Vehicle; and

    3.    Community Bank, N.A, is authorized to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law to recover the Vehicle; and

    4.    Rule 4001(a)(3) is waived and Community Bank, N.A., may immediately enforce and implement this order granting relief from the automatic stay imposed by 11 U.S.C. §

362 with respect to the Vehicle.

BY THE COURT:

November 12, 2019

*Magdeline D. Coleman*
_____
Magdeline D. Coleman
Chief Judge

cc:

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Brett Reynolds
3005 Disston Street
Philadelphia, PA 19149

Robert P. Sheils, III, Esq.
108 North Abington Road
Clarks Summit, PA 18411

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Raymond M. Kempinski, Esquire
Kempinski Law
3120 W. Penn Street
Philadelphia, PA 19105