# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 19-14922-MDC

BRETT  REYNOLDS

3005 DISSTON STREET

PHILADELPHIA, PA 19149-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BRETT  REYNOLDS

    3005 DISSTON STREET

    PHILADELPHIA, PA 19149-

**Counsel for debtor(s), by electronic notice only.**
    RAYMOND M KEMPINSKI
    KEMPINSKI LAW
    3120 W. PENN STREET
    PHILADELPHIA, PA 19129-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 12/3/2019

                                 _____
                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee