## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brett Reynolds <br>                       Debtor(s) <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY, <br> its successors and/or assigns <br>                       Movant <br>     vs. <br> Brett Reynolds <br>                       Debtor(s) <br><br> William C. Miller Esq. <br>                       Trustee | CHAPTER 13 <br><br> NO. 19-14922 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **December 3, 2019, docket number 25**.

                                               Respectfully submitted,

                                              By: **/s/ Rebecca A. Solarz, Esquire**
                                                    Rebecca A. Solarz, Esquire
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA  19106
                                                    215-627-1322
                                                    Attorney for Movant/Applicant

December 11, 2019