# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| BRETT REYNOLDS | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-14922 MDC |

## AMENDED CERTIFICATION OF SERVICE

    I, Raymond Kempinski, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by electronic court filing or first class United States mail, postage prepaid, a true and correct copy of Debtor's Third Amended Chapter 13 Plan, upon the Standing Trustee, the U.S. Trustee and each holder of a secured or priority claim against Debtor, to the following:

**William C. Miller**
Chapter 13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19103

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Water Revenue Bureau**
1401 JFK Boulevard
5th Floor
Philadelphia, PA 19102

**Community Bank, NA**
**c/o Robert P. Sheils, III**
Sheils Law Associates, P.C.
108 North Abington Road
Clarks Summit, PA 18411

**Brett Reynolds**
3005 Disston Street
Philadelphia, PA 19149

**Pennsylvania Housing Finance Agency**
211 North Front Street
Harrisburg, PA 17101

Dated: February 27, 2020

/s/ Raymond Kempinski
Raymond Kempinski
3120 W. Penn Street
Philadelphia, PA 19129
(215) 380-5636
raykemp1006@gmail.com