UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 13 |
|---|---|---|
|  | : |  |
| BRETT REYNOLDS | : |  |
|  | : |  |
| Debtor | : | Bankruptcy No. 19-14922 AMC |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is ALLOWED in favor of the Applicant in the amount of **$3,845.00.**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,500.00** which was paid by the Debtor prepetition, to the extent such distribution is authorized under terms of the confirmed chapter 3 plan.

Dated: April 8, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc:  Raymond Kempinski
     1154 S. 9th Street
     Unit 1
     Philadelphia, PA 19147

     William C. Miller
     1234 Market Street, Suite 18-341
     Philadelphia, PA 19109