United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brett Reynolds  
    Debtor  

Case No. 19-14922-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Apr 09, 2020  
                 Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
```
db            +Brett Reynolds,    3005 Disston Street,    Philadelphia, PA 19149-1902
aty           +Raymond Raymond Kempinski,    Kempinski Law,    1154 S. 9th Street,    Unit 1,
               Philadelphia, PA 19147-4619
cr            +Community Bank, N.A.,    PO Box 509,    Canton, NY 13617-0509
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: blegal@phfa.org Apr 10 2020 04:50:40      Pennsylvania Housing Finance Agency,
                211 N. Front Street,    Harrisburg, Pa 17101-1406
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
```
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Brett  Reynolds raykemp1006@gmail.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Attorney Raymond Raymond Kempinski raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              ROBERT P. SHEILS, III    on behalf of Creditor    Community Bank, N.A. rsheilsiii@sheilslaw.com,
               knichols@sheilslaw.com;jgriffiths@sheilslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| BRETT REYNOLDS | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-14922 AMC |

### ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is ALLOWED in favor of the Applicant in the amount of **$3,845.00.**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,500.00** which was paid by the Debtor prepetition, to the extent such distribution is authorized under terms of the confirmed chapter 3 plan.

Dated: April 8, 2020

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc:  Raymond Kempinski
     1154 S. 9th Street
     Unit 1
     Philadelphia, PA 19147

     William C. Miller
     1234 Market Street, Suite 18-341
     Philadelphia, PA 19109