**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Brett Reynolds<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　　　Movant<br>vs.<br>Brett Reynolds<br>　　　　　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　　　　　Trustee | NO. 19-14922 MDC<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  17th  day of   November  , 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3005 Disston Street, Philadelphia, PA 19149 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge.

Brett Reynolds
3005 Disston Street
Philadelphia, PA 19149

Raymond M. Kempinski Esquire
KEMPINSKI LAW
3120 West Penn Street
Philadelphia, PA 19129

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532