United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-14922-mdc |
|---|---|
| Brett Reynolds | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brett Reynolds, 3005 Disston Street, Philadelphia, PA 19149-1902 |
| aty | + | Raymond Raymond Kempinski, Kempinski Law, 1154 S. 9th Street, Unit 1, Philadelphia, PA 19147-4619 |
| cr | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Nov 19 2020 02:50:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, Pa 17101-1406 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Nov 20, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| RAYMOND M. KEMPINSKI | on behalf of Attorney Raymond Raymond Kempinski raykemp1006@gmail.com  raykemp1006@gmail.com |
| RAYMOND M. KEMPINSKI | on behalf of Debtor Brett Reynolds raykemp1006@gmail.com  raykemp1006@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 4 |

REBECCA ANN SOLARZ
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

ROBERT P. SHEILS, III
    on behalf of Creditor Community Bank  N.A. rsheilsiii@sheilslaw.com, knichols@sheilslaw.com;jgriffiths@sheilslaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brett Reynolds<br>　　　　　　Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　Movant<br>vs.<br><br>Brett Reynolds<br>　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　Trustee | NO. 19-14922 MDC<br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 17th day of November, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3005 Disston Street, Philadelphia, PA 19149 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge.

Brett Reynolds
3005 Disston Street
Philadelphia, PA 19149

Raymond M. Kempinski Esquire
KEMPINSKI LAW
3120 West Penn Street
Philadelphia, PA 19129

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532