# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-14922-MDC

BRETT REYNOLDS

3005 DISSTON STREET

PHILADELPHIA, PA 19149-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BRETT REYNOLDS

3005 DISSTON STREET

PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

RAYMOND M KEMPINSKI
KEMPINSKI LAW
1154 S. 9th St., Unit 1
PHILADELPHIA, PA 19147-

Date: 2/11/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee