**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BRETT  REYNOLDS | Chapter 13 |
| Debtor | Bankruptcy No. 19-14922-MDC |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 9, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RAYMOND M KEMPINSKI
KEMPINSKI LAW
1154 S. 9th St., Unit 1
PHILADELPHIA, PA 19147-

Debtor:
BRETT  REYNOLDS

3005 DISSTON STREET

PHILADELPHIA, PA 19149-