United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Brett Reynolds  
    Debtor

Case No. 19-14922-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 09, 2021      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brett Reynolds, 3005 Disston Street, Philadelphia, PA 19149-1902 |
| aty | + | Raymond Raymond Kempinski, Kempinski Law, 1154 S. 9th Street, Unit 1, Philadelphia, PA 19147-4619 |
| 14368700 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14387446 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14368701 | + | Community Bank National, 45-49 Court St, Canton, NY 13617-1179 |
| 14395831 | + | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 14368703 | | PA Housing Finance Age, 2010 N Front St, Harrisburg, PA 17105 |
| 14410785 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14376076 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 09 2021 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 09 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 09 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: blegal@phfa.org | Sep 09 2021 23:31:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, Pa 17101-1406 |
| 14434205 | | Email/Text: megan.harper@phila.gov | Sep 09 2021 23:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14368702 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 09 2021 23:31:00 | Credit Collection Services, PO Box 710, Norwood, MA 02062-0710 |
| 14388113 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 09 2021 23:31:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14368704 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 09 2021 23:31:00 | State Farm Bank, FSB, PO Box 2313, Bloomington, IL 61702 |
| 14426250 | + | Email/Text: blegal@phfa.org | Sep 09 2021 23:31:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 9

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14395832 | *+ | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 14395833 | *+ | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| RAYMOND M. KEMPINSKI | on behalf of Attorney Raymond Raymond Kempinski raykemp1006@gmail.com raykemp1006@gmail.com |
| RAYMOND M. KEMPINSKI | on behalf of Debtor Brett Reynolds raykemp1006@gmail.com raykemp1006@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| ROBERT P. SHEILS, III | on behalf of Creditor Community Bank N.A. rsheilsiii@sheilslaw.com, knichols@sheilslaw.com;jgriffiths@sheilslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
BRETT REYNOLDS

Chapter 13

Debtor

Bankruptcy No. 19-14922-MDC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 9, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RAYMOND M KEMPINSKI
KEMPINSKI LAW
1154 S. 9th St., Unit 1
PHILADELPHIA, PA 19147-

Debtor:
BRETT REYNOLDS

3005 DISSTON STREET

PHILADELPHIA, PA 19149-